RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
**PETER L. WUCETICH, ID STATE BAR NO. 10557**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375
EMAIL: Peter.Wucetich@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLTEN R. FERDINAND<br>WYATT G. NOE,<br><br>Defendants. | Case No. 1:21-cr-183-BLW<br><br>**INFORMATION**<br><br>16 U.S.C. § 668(a)<br>16 U.S.C. § 703(a) |

The United States Attorney charges:

### COUNT ONE

**Taking a Golden Eagle Without Being Permitted To Do So**
**16 U.S.C. § 668(a)**

On or about April 10, 2021, in the District of Idaho, the defendants, COLTEN R. FERDINAND, and WYATT G. NOE, did knowingly, or with wanton disregard for the consequences of their actions, take a golden eagle without being permitted to do so, or did aid and abet another in so doing, all in violation of Title 16, United States Code, Section 668(a). More specifically, Defendants entered the Morley Nelson Snake River Birds of Prey National Conservation Area and shot at and killed a golden eagle or aided and abetted another in so doing.

**INFORMATION - 1**

Pursuant to Title 16, United States Code, Section 668, whoever commits a violation of such section shall be fined not more than $5,000 or imprisoned one year or both.

## COUNT TWO

### Taking Migratory Birds of Prey Without Being Permitted To Do So
### 16 U.S.C. § 703(a)

Between approximately March 14 and April 10, 2021, in the District of Idaho, the defendants, COLTEN R. FERDINAND, and WYATT G. NOE, did hunt, take, and attempt to take migratory birds of prey without being permitted to do so, or did aid and abet another in so doing, all in violation of Title 16, United States Code, Section 703(a). More specifically, Defendants entered the Morley Nelson Snake River Birds of Prey National Conservation Area and shot at and killed migratory birds of prey. Pursuant to Title 16, United States Code, Section 707, any person who violates Title 16, United States Code, Section 703(a) "shall be deemed guilty of a misdemeanor and upon conviction shall be fined not more than $15,000 or be imprisoned not more than six months, or both."

Dated this 15th day of July, 2021.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

_____
PETER L. WUCETICH
~~Assistant~~ United States Attorney

**INFORMATION** - 2